SERVICE FIRE INSURANCE COMPANY OF NEW YORK, Appellant, *v.* LEON P. LEDERMAN, Respondent.
LELAND HRYNIEWICKI, Appellant, *v.* LEON P. LEDERMAN, Respondent.

Argued May 26, 1952; decided July 15, 1952.

*William E. J. Connor* and *Henry H. Koblintz* for appellants.

*R. Waldron Herzberg, Earl S. Jones* and *R. Monell Herzberg* for respondent.

In each case: Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.